*This case was not selected for publication in the Federal Reporter*

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

**Michael J. HARRIS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 2006–3323.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2006.

Michael J. Harris, pro se.

*ORDER*

Upon consideration of Michael J. Harris's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*This case was not selected for publication in the Federal Reporter*

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not .citable as precedent. It is a public order.

**AUTOMED TECHNOLOGIES, INC., Plaintiff–Appellant,**

v.

**KNAPP LOGISTICS & AUTOMATION, INC., Defendant–Appellee,**

and

**Knapp Logistik Automation GmbH, Defendant–Appellee.**

**Automed Technologies, Inc., Plaintiff–Appellee,**

v.

**Knapp Logistics & Automation, Inc., Defendant–Appellant,**

and

**Knapp Logistik Automation GmbH, Defendant–Appellant.**

Nos. 2006–1587, 2006–1605.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2006.

*ORDER*

Upon consideration of Knapp Logistics & Automation, Inc. and Knapp Logistik Automation GmbH's motion to voluntarily dismiss appeal no.2006–1605.

IT IS ORDERED THAT:

(1) Appeal no.2006–1605 is dismissed. The revised official captions are reflected above.

(2) All parties shall bear their own costs in 2006–1605.